UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :
v.                                 :     **SCHEDULING ORDER**
                                   :
JAMES C. PAVLOUNIS,                :     7:25-cr-143 (PMH)
                                   :
            Defendant.             :
------------------------------------------------------------x

An Initial Conference is scheduled for May 1, 2025 at 12:00 p.m. in a courtroom to be determined at the White Plains Courthouse.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       April 8, 2025

_____
Philip M. Halpern
United States District Judge