# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

> Application granted. Defendant shall secure one financially responsible co-signer on his bond by April 18, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 11).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        April 11, 2025

**VIA EMAIL & ECF**

Honorable Judge Philip M. Halpern
District Court Judge
Charles L. Brieant Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *United States v. James Pavlounis*
      25 Cr. 143 (PMH)

Dear Judge Halpern,

    I am writing in relation to James Pavlounis, who Federal Defenders represents on a case that was recently assigned to Your Honor. I am writing to ask that the Court please grant a one-week extension to allow Mr. Pavlounis to fulfill the conditions of his release. As background, on April 4, 2025, Mr. Pavlounis appeared before the Honorable Judith McCarthy after self-surrendering and was released, with the Government's consent, pursuant to an unsecured bond in the amount of $150,000. The case was then assigned to Your Honor, and the parties will soon have an initial appearance in your courtroom. As part of his release, Mr. Pavlounis was to secure one financially responsible co-signer on or before today (April 11, 2025). Mr. Pavlounis requests more time to secure a co-signer.

    The Government does not object to this request. Thank you for your consideration.

Respectfully submitted,

/s/ Jane White

Jane White
Federal Defenders of New York
ph. 917-623-7543

cc:   AUSA Margery Feinzig
      Pretrial Services Officer Shannon Finneran