# Federal Defenders
## OF NEW YORK, INC.

Southern District
Suite 124
NY 10601
948-5109

*Tamara Giwa*
Executive Director

L. Brown
-Charge

> Application granted. The status conference scheduled for August 28, 2025 is adjourned to September 15, 2025 at 11:00 a.m. and converted to a Change of Plea Hearing to take place in a courtroom to be determined at the White Plains Courthouse. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 19).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 22, 2025

Honorable Phillip M. Halpern
United States District Court J
The Hon. Charles L. Brieant J
Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601


Re:     *United States v. James Pavlounis*
        25 Cr. 143 (PMH)


Dear Judge Halpern,

     I write to respectfully request a continuance of the August 28th status conference in this case. The parties are engaged in plea negotiations and I expect that we will have a resolution by our next appearance. Accordingly, I request a change of plea hearing be scheduled for September 15th, which I understand to be a date that the Court and Government are available. AUSA Feinzig does not object to this request. Defense counsel consents to the exclusion time under the Speedy Trial Act. Thank you for considering this request.

                             Sincerely,

                             /s/ Jane White

                             Jane White
                             Assistant Federal Defender


cc:   AUSA Margery Feinzig