UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA              :
                                      :
                                      :     **SCHEDULING ORDER**
v.                                    :
                                      :
JAMES C. PAVLOUNIS,                   :
                                      :     7:25-cr-143 (PMH)
                                      :
            Defendant.                :
-----------------------------------------------------------x

The Change of Plea Hearing scheduled for September 15, 2025 is rescheduled to September 22, 2025 at 10:00 a.m. in a courtroom to be determined at the White Plains Courthouse.

The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       September 15, 2025

_____
Philip M. Halpern
United States District Judge