# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 26).
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        September 16, 2025

**VIA EMAIL & ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. James Pavlounis*, 25 Cr. 143 (PMH)

Dear Honorable Judge Halpern,

    With my sincere apologies for the late notice, Mr. Pavlounis requests one more week to go over the plea agreement and asks if the change of plea hearing scheduled for today at 11:00 a.m. may be adjourned until next week. As background, we received the plea agreement last Tuesday, 9/9.

    I understand that the Court and the Government are available for the change of plea hearing to take place on September 22, 2025. The Government does not object to a one-week adjournment. I consent to an extension of Speedy Trial time until that date. Thank you for your consideration.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

Cc:   Assistant United States Attorney, Margery Feinzig