# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

District
Suite 124
Y 10601
948-5109

Brown
*Charge*

---

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 38).

SO ORDERED.

*[signature]*

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
         March 27, 2026

---

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. James Pavlounis,* 25-cr-143 (PMH)

Dear Honorable Judge Halpern:

I am writing to request a one-week extension for the deadline by which Mr. Pavlounis must file his past tax returns.

Mr. Pavlounis was sentenced last week on Thursday, March 19, 2026. My colleague, Jane White, has represented him since his arrest last year. At the time of sentencing, the Court ordered Mr. Pavlounis to file 5 years of his personal tax returns as set forth in the plea agreement within one week. Ms. White was working with Mr. Pavlounis to complete this request, however on Monday, March 23, 2026, Ms. White, who was nearing the end of her pregnancy at the time of sentencing, went into labor. She has since had her child and begun maternity leave. Today, I was asked to handle the outstanding matters related to this case. As I have only just learned of the case and have not yet had an opportunity to meet with Mr. Pavlounis, I require one-week to get up to speed and comply with the Court's request. I have consulted with the government through Assigned United States Attorney Margery Feinzig, who does not object to this request. Therefore, I am asking for a one-week extension, until April 2, 2026, to have the past taxes filed.

Thank you for your time and consideration.

Sincerely,

*[signature]*

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for James Pavlounis

cc: AUSA Margery Feinzig, Esq.