# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

n District
Suite 124
Y 10601

948-5109

Brown
*Charge*

Application granted. Mr. Pavlounis shall self-surrender to FCI Otisville by July 2, 2026 before 2:00 p.m. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 41).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       May 15, 2026

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *United States v. James Pavlounis,* 25-cr-143 (PMH)

Dear Honorable Judge Halpern:

I write to request a 45-day delay in Mr. Pavlounis's self-surrender date. The government does not oppose this request.

Mr. Pavlounis was sentenced on March 19, 2026, to a 37-month sentence. He was direct to self surrender on Monday, May 18, 2026. In the interim, he was designated to FCI Otisville on May 5, 2026. Given his medical needs, he had hoped to be designated to a Federal Medical Center. His Pre-Trial Services officer contacted United State Probation, which sought to appeal this decision with BOP, but BOP did not change the designation. We were informed of that denial on May 12, 2026. In the meantime, Mr. Pavlounis has been making arrangements to have his medical needs addressed at FCI Otisville. He was informed that he should arrive with any medical equipment he needs and notes from his doctor's related to his care. He has been working to do that but requires additional time to get all the information from his doctors. Also, he has been in the process of relocating his belonging with friends and in storage. Although he has made progress, he needs additional time to complete that task. I have spoken to the government, through Assigned United States Attorney Margery Feinzig, who does not object to this request. Therefore, Mr. Pavlounis respectfully requests his self-surrender date be delayed by 45 days.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for James Pavlounis

cc: AUSA Margery Feinzig, Esq.